ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 4 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| MICHAEL AND REBEKAH HOUSE, § § § Plaintiffs § § V. § § CITY OF IRVING, TEXAS, AND § DEFENDANT POLICE OFFICERS § MONTY VINCENT, JEFFERSON § MITCHELL, VINCENT DALESANDRO § TED ZETTLE, RAFAEL ESPARZA, § MICHAEL SABRE, RICK W. § CUTLER, VANCE FLOWERS, HAYES § O'REILLY, WAYNE SHOUSE AND § RON HUBBARD, § Defendants § | CIVIL ACTION NO. 3:03-CV-2524-K |

## MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Movants, Erik W. Hansen and Lanhon Odom, Attorneys for Plaintiffs Michael and Rebekah House, (hereinafter Respondents), and bring this Motion for Withdrawal of Counsel, and in support thereof, show the Court the following:

I.

Good cause exists for withdrawal of Movants as counsel because Respondents have failed to maintain contact with their attorneys and have further failed to respond to their attorneys' requests.

Respondent Michael House has expressed dissatisfaction with Movants and the manner in which his case has been prosecuted. The undersigned move this Court for an order permitting their withdrawal to allow Respondents the opportunity to retain counsel more in accord with Respondents' desires and expectations.

*MOTION FOR WITHDRAWAL OF COUNSEL – Page 1*

such other and further relief that may be awarded at law or in equity.

AGREED TO BY:                                    Respectfully submitted,

                                                 MARSH, ODOM & HANSEN, L.L.P.

_____
MICHAEL HOUSE, Respondent                        _____
                                                 LANHON ODOM
                                                 State Bar No. 15202700
                                                 **ERIK W. HANSEN**
_____                  State Bar No. 24012779
REBEKAH HOUSE, Respondent                        101 South Woodrow Lane
                                                 Suite B
                                                 Denton, Texas 76205
                                                 Telephone: (940) 383-3996
                                                 Facsimile:  (940) 383-2551

                                                 ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

This is to certify that on September 7, 2004, the below-signed telephoned the office of Mr. Paul K. Pearce, Jr., counsel for the defendant police officers and Ms. Nancy O. Williams, counsel for the City of Irving, concerning the foregoing motion and they indicated that they are not opposed to the same.

_____
ERIK W. HANSEN

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion to withdraw as counsel was mailed to Michael and Rebekah House by certified mail, return receipt requested on the 9th day of September, 2004. I further certify that a true and correct copy of the foregoing motion to withdraw as counsel has been served on Mr. Paul K. Pearce, Jr., of *MATTHEWS, STEIN, SHIELS, PEARCE, KNOTT, EDEN & DAVIS, L.L.P.,* 8131 LBJ Freeway, Suite 700, Dallas, Texas 75251, via facsimile number (972) 234-1750, and to Ms. Nancy O. Williams, Senior Assistant City Attorney for the City of Irving, 825 West Irving Boulevard, Irving, Texas 75060, via facsimile (972) 721-2750 on this the ____ day of September, 2004.

_____
ERIK W. HANSEN

*MOTION FOR WITHDRAWAL OF COUNSEL – Page 3*