UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MICHAEL HOUSE, et al., | § | |
|---|---|---|
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 3: 03-CV-2524-B |
| CITY OF IRVING, et al., | § | |
| Defendants. | § | |

## MEMORANDUM ORDER AND JUDGMENT

On January 12, 2005, the Court issued an order requiring Plaintiffs Michael and Rebekah House, proceeding *pro se*, to show good cause in writing why they have ignored this Court's orders (doc. 42). Specifically, Plaintiffs failed to respond to the Court's orders of October 12, 2004 (doc. 37), November 16, 2004 (doc. 39), and December 15, 2004 (doc. 40) by informing the Court of their new counsel or of their decision to proceed without counsel. Further, Plaintiffs failed to appear at a January 12, 2005 hearing, and the Court's order setting the hearing was returned unclaimed (doc. 47). The Court has, thus, been unable to communicate with Plaintiffs for over four months.

In its January 12, 2005 Order, the Court warned Plaintiffs that failure to respond to the order would result in dismissal of their case with prejudice and without further notice for failure to prosecute. FED. R. CIV. P. 41 (b); *see also Estrada v. Bowers*, Civil Action No. 3:94-CV-2661-D, 1996 WL 722076, at *1 (N.D. Tex. Dec. 5, 1996) (Fitzwater, J.). Because Plaintiffs have not responded in any way to the January 12 Order and have ignored three previous orders of the Court, the Court **DISMISSES** Plaintiff's case with prejudice for failure to prosecute.

- 1 -

It is therefore **ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiffs Michael and Rebekah House take nothing by their suit against Defendants City of Irving *et al.*, and that this suit be, and it is hereby, **DISMISSED** on the merits with each party bearing its own costs.

**SO ORDERED**.

SIGNED February ___24th___, 2005

**JANE J. BOYLE**
**UNITED STATES DISTRICT JUDGE**