UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL HOUSE, et al., | § § § | |
| Plaintiffs, | § § | |
| V. | § | CIVIL ACTION NO. 3: 03-CV-2524-B |
| CITY OF IRVING, et al., | § § § | |
| Defendants. | § § | |

## JUDGMENT

This Judgment is entered pursuant to the Court's Order dated February 24, 2005.

It is therefore **ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiffs Michael and Rebekah House take nothing by their suit against Defendants City of Irving *et al.*, and that this suit be, and it is hereby, **DISMISSED** on the merits with each party bearing its own costs.

**SO ORDERED**.

SIGNED March  4th , 2005

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE